## In re MYKELL, Michael and Delbert H.

### No. 96–626–A

Supreme Court of Rhode Island.

Oct. 3, 1997.

Frank P. Iacono, Jr.; Anthony E. Angeli, Jr., Providence.

Paula Rosin, Catherine A. Gibran, Providence.

### ORDER

This matter came before the court on the motion of respondent Millicent H. to withdraw her appeal herein, or alternatively, for clarification of the status of the appeal. We are of the opinion that no clarification is required.

The motion to withdraw this appeal is granted.